IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-101-H

SAS INSTITUTE INC.,

    Plaintiff,

v.

AKIN GUMP STRAUSS HAUER &
FELD, LLP and MICHAEL L.
KIKLIS,

    Defendants.

**ORDER**

This matter is before the court on defendants' motions for reconsideration and to seal. Upon careful and considered review of the motion for reconsideration, the court finds no basis to amend its May 8, 2014, order. Notably, defendants' motion lacks any new law or factual developments, but simply asks the court to re-review the same evidence and arguments made previously. Therefore, defendants' motion for reconsideration is DENIED [DE #259]. For good cause shown, the motion to seal is ALLOWED, and corresponding documents shall be sealed [DE #263].

This 8TH day of September 2014.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#33